UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LIZ CHAPA,

    Petitioner,

v.                              3:97-cr-064
                                3:13-cv-664

UNITED STATES OF AMERICA,

    Respondent.

## **MEMORANDUM AND ORDER**

Petitioner has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner was convicted of a drug conspiracy. She previously filed a § 2255 motion attacking the same conviction, which was denied on the merits. *Liz Chapa v. United States*, Civil Action No. 3:00-cv-441 (E.D. Tenn. Sept. 30, 2003), *aff'd*, No. 03-6358 (6th Cir. Jan. 13, 2004). The claims that petitioner now raises were not presented in the previous § 2255 motion.

The petitioner cannot file a second or successive § 2255 motion in the district court until she has moved in the United States Court of Appeals for the Sixth Circuit for an order authorizing the district court to consider the motion. 28 U.S.C. §§ 2244(b)(3), 2255(h). This court has not received an order from the Sixth Circuit authorizing the court to consider the

pending motion. Accordingly, the Clerk is **DIRECTED** to transfer this action to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631. *See In re Sims*, 111 F.3d 45 (6th Cir. 1997).

    **ENTER:**

                                                                 s/ Leon Jordan
                                                        United States District Judge

2

Case 3:97-cr-00064-RLJ-CCS   Document 866   Filed 11/08/13   Page 2 of 2   PageID #: 258